**EXHIBIT 2**

Iconix Brand Group (ticker: ICON, exchange: NASDAQ Stock Exchange (.O)) News Release - 10/9/2006

## Iconix Brand Group, Inc. Announces Three New International License Agreements for Its JOE BOXER and MUDD Brands

NEW YORK, Oct. 9 /PRNewswire-FirstCall/ -- Iconix Brand Group, Inc. (Nasdaq: ICON) ("Iconix" or the "Company"), today announced three new international license agreements to expand its Mudd(R) brand into Mexico and its Joe Boxer(R) brand into the United Kingdom and Ireland and into Turkey, Russia, Ukraine and Poland. These agreements are part of an international growth strategy for Iconix.

Exportaciones del Futuro S.A. de C.V. ("Future Export") has entered into an exclusive multi-year license to manufacture and distribute Mudd apparel, footwear, accessories and lifestyle products in Mexico.

Tekstar, which has formed a new company, Joe Boxer UK Limited, will exclusively manufacture and distribute Joe Boxer intimate apparel and apparel related products in the United Kingdom and Ireland as part of a multi-year license. Tekstar has also entered into a separate multi-year license to manufacture and distribute Joe Boxer product in Turkey, Russia, Ukraine and Poland. Joe Boxer currently has distribution throughout the United States, Canada, Mexico and Northern-Europe via multiple licensing agreements.

Neil Cole, Chairman and CEO of Iconix, stated, "The international licensing agreements for Joe Boxer and Mudd represent our commitment to global brand expansion. Through licenses in the United States and abroad, we are dedicated to elevating our portfolio into global lifestyle brands."

Joe Gershon, a principal of Future Export, said, "We plan to draw on our strong manufacturing and distribution experience to bring superior Mudd apparel and accessories to Mexico. We are confident that Mudd will be well received in Mexico and look forward to a highly successful partnership with Iconix."

Aykut Tarakcioglu, CEO of Tekstar, said, "We are pleased to partner with Iconix and to bring the fun and irreverence of the Joe Boxer brand to the UK and Eastern-Europe. Our established manufacturing and distribution capacities will allow us to produce high quality, entertaining Joe Boxer product for both the UK and the Eastern-European market."

In a separate announcement released by Mossimo, Inc. today, Mossimo revealed an exclusive license agreement with Falabella, a leading better department store chain in South America. Iconix has signed a definitive agreement to purchase Mossimo, which is anticipated to close this year.

Iconix Brand Group, Inc. (Nasdaq: ICON) owns, licenses and markets a growing portfolio of consumer brands including CANDIE'S (R), BONGO (R), BADGLEY MISCHKA (R), JOE BOXER (R), RAMPAGE (R), MUDD (R) and LONDON FOG (R). The Company has

also signed a definitive agreement to purchase the MOSSIMO(R) brand, which is pending shareholder approval. The Company licenses its brands, which touch every major segment of retail distribution from the luxury market to the mass market, to a network of leading retailers and manufacturers. Iconix, through its in-house advertising agency, advertises and markets its brands to continually increase consumer awareness and loyalty.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995. The statements that are not historical facts contained in this press release are forward looking statements that involve a number of known and unknown risks, uncertainties and other factors, all of which are difficult or impossible to predict and many of which are beyond the control of the Company, which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by such forward looking statements. Such factors include, but are not limited to, uncertainty regarding the results of the Company's acquisition of additional licenses, continued market acceptance of current products and the ability to successfully develop and market new products particularly in light of rapidly changing fashion trends, the impact of supply and manufacturing constraints or difficulties relating to the Company's licensees' dependence on foreign manufacturers and suppliers, uncertainties relating to customer plans and commitments, the ability of licensees to successfully market and sell branded products, competition, uncertainties relating to economic conditions in the markets in which the Company operates, the ability to hire and retain key personnel, the ability to obtain capital if required, the risks of litigation and regulatory proceedings, the risks of uncertainty of trademark protection, the uncertainty of marketing and licensing acquired trademarks and other risks detailed in the Company's SEC filings. The words "believe," "anticipate," "expect," "confident," "project," provide "guidance" and similar expressions identify forward-looking statements. Readers are cautioned not to place undue reliance on these forward looking statements, which speak only as of the date the statement was made.

Contact:
Tara Taff
Public Relations Manager
Iconix Brand Group, Inc.
212-819-2066

SOURCE Iconix Brand Group, Inc.