UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPORTACIONES DEL FUTURO S.A. DE C.V.

**Plaintiff**

-v-

ICONIX BRAND GROUP INC. and
IP HOLDINGS, LLC

**Defendants**

Case No.

07 Civ 4145 (LBS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Exportaciones Del Futuro S.A. de C.V. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONG

Date: May 24, 2007

**Signature of Attorney**
Jared B. Stamell (JS 5225)
**Attorney Bar Code:**

Form Rule7_1.pdf