# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 4145                                      Date Filed: _____

Plaintiff:
**EXPORTACIONES DEL FUTURO S.A. DE C.V.**

vs.

Defendant:
**ICONIX BRAND GROUP INC. and IP HOLDINGS, LLC**

Received by ASK Litigation Support, Inc. to be served on **ICONIX BRAND GROUP INC., 1450 Broadway, 4th Fl., New York, NY 10018**.

I, Simon Kahn, being duly sworn, depose and say that on the **31st day of May, 2007** at **11:50 am**, I:

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge and Magistrate's Rules including ECF** to Deborah Stehr, Exec. Vice President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served:  Age: 42,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'5",  Weight: 135,  Hair: Black,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 31st day of May, 2007 by
the affiant who is personally known to me.

NOTARY PUBLIC

JULIO AVALOS
Notary Public, State of New York
No. 01AV4708399
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 28, 2011

**Simon Kahn**
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2007000336

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK | Index No. 07 CIV 4145 |
|---|---|---|

EXPORTACIONES DEL FUTURO S.A. DE C.V.                                   *Plaintiff(s) Petitioner(s)*

against

ICONIX BRAND GROUP INC.                                                      *Defendant(s) Respondent(s)*

JUDGE SAND
Calendar No.

*~ AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 6/1/07 at 2:20 P .M., at C/O CSC ENTITY SERVICES, LLC 103 FOULK RD. WILMINGTON, DE deponent served the within

☒ summons and complaint
☐ subpoena duces tecum
☐ citation

☒ Rule 7.1 Statement, Judges Magistrates Rules with ECF

on  IP HOLDINGS LLC                    ☒ defendant   ☐ witness   hereinafter called therein
                                        ☐ -espondent              the recipient lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to MIKE MORGAN personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to                     a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to                  at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                          and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at                       in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
☒ Male         ☒ White Skin       ☒ Black Hair      ☐ White Hair     ☐ 14-20 Yrs.    ☐ Under 5'       ☐ Under 100 Lbs.
☐ Female       ☐ Black Skin       ☐ Brown Hair      ☐ Balding         ☐ 21-35 Yrs.    ☐ 5'0"-5'3"      ☐ 100-130 Lbs.
               ☐ Yellow Skin      ☐ Blonde Hair     ☐ Mustache        ☒ 36-50 Yrs.    ☐ 5'4"-5'8"      ☒ 131-160 Lbs.
               ☐ Brown Skin       ☐ Gray Hair       ☐ Beard           ☐ 51-65 Yrs.    ☒ 5'9"-6'0"      ☐ 161-200 Lbs.
               ☐ Red Skin         ☐ Red Hair        ☐ Glasses         ☐ Over 65 Yrs.  ☐ Over 6'        ☐ Over 200 Lbs.

Other identifying features:

**WITNESS FEES** $      the authorizing traveling expenses     ☐ was paid (tendered) to the recipient
                       and one days' witness fee:              ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6/1/07

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23 2010

BARRY EVELAND     License No.