| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK | Index No. 07 CIV 4145 |
|---|---|---|

EXPORTACIONES DEL FUTURO S.A. DE C.V.

*Plaintiff(s) Petitioner(s)*

against

ICONIX BRAND GROUP INC.

*Defendant(s) Respondent(s)*

JUDGE SAND
Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE, COUNTY OF: NEW CASTLE   Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 6/1/07 at 2:20 P.M., at C/O CSC ENTITY SERVICES, LLC 103 FOULK RD. WILMINGTON, DE deponent served the within

☒ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ Rule 7.1 Statement, Judges Magistrates Rules with ECF

on IP HOLDINGS LLC     ☒ defendant  ☐ witness  hereinafter called the recipient therein named

**CORPORATION 2.☒** a DELAWARE corporation, by delivering thereat a true *copy of each* to MIKE MORGAN personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**DESCRIPTION**
☒ Male  ☒ White Skin  ☒ Black Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☒ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☒ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Red Skin  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

Sworn to before me on 6/1/07

NOTARY PUBLIC DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23 2010

BARRY EVELAND