AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

**APPEARANCE**

Case Number:  07 CIV 4145 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Iconix Brand Group, Inc. and IP Holdings LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/18/2007 | _(signature)_ |
| Date | Signature |
| | Debra A. Karlstein, Spears & Imes LLP |
| | Print Name / Bar Number |
| | 51 Madison Avenue, 25th floor |
| | Address |
| | New York / NY / 10010 |
| | City / State / Zip Code |
| | (212) 213-1715 / (212) 213-0849 |
| | Phone Number / Fax Number |