Sand/T

Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EXPORTACIONES DEL FUTURE S.A. DE C.V., :
:
                        Plaintiff, :
    against - :
:
ICONIX BRAND GROUP INC. and :
IP HOLDINGS, LLC, :
:
                        Defendants. :
-----------------------------------------------------------x

**STIPULATION**

Docket No. 07 CIV 4145 (LBS)

     IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that defendants' time to answer or otherwise respond to the Complaint is extended through July 20, 2007. Defendants agree not to contest service of process.

SPEARS & IMES LLP

*[signature]*

By:   Debra A. Karlstein
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

June 15, 2007

STAMELL & SCHRAGER, LLP

*[signature]*

By:   Jared B. Stamell
One Liberty Plaza, 35th floor
New York, New York 10006
Tel: (212) 566-4047

*Attorneys for Plaintiff*

June 20, 2007

SO ORDERED:

*[signature]*
U.S.D.J.