Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V., :
                                        :
                        Plaintiff,      :     Docket No. 07 Civ 4145
          - against -                   :
                                        :     **NOTICE OF MOTION**
ICONIX BRAND GROUP INC. and             :
IP HOLDINGS, LLC,                       :
                                        :
                        Defendants.     :
------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed Declaration of Debra A. Karlstein, Esq., with exhibit, dated July 20, 2007, and the accompanying Memorandum of Law dated July 20, 2007, Defendants ICONIX BRAND GROUP, INC. and IP HOLDINGS LLC (collectively, "Defendants"), by their undersigned attorneys, will move this Court, before the Honorable Leonard B. Sand, United States District Judge, at the United States Courthouse, Courtroom 15-A, 500 Pearl Street, New York, New York 10007, on Thursday, August 16, 2007 at 2:15 PM, or as soon thereafter as counsel may be heard for an order: (a) pursuant to Fed.R.Civ.P. 12(b)(6) dismissing with prejudice dismissing plaintiff's complaint for failure to state a claim upon which relief may be granted; and (b) granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
       July 20, 2007

SPEARS & IMES LLP

By: *[signature]* Debra A. Karlstein
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849

*Attorneys for Defendants Iconix
Brand Group, Inc. and IP Holdings LLC*

TO: Jared B. Stamell, Esq.
David Bowles, Esq.
Stamell & Schrager, LLP
One Liberty Plaza, 35th floor
New York, NY 10006

*Attorneys for Plaintiff*