UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V.,  :
                                        :
                    Plaintiff,          :   Docket No. 07 Civ 4145
     - against -                        :
                                        :   **AFFIDAVIT OF SERVICE**
ICONIX BRAND GROUP INC. and             :
IP HOLDINGS, LLC,                       :
                                        :
                    Defendants.         :
----------------------------------------------------------------x

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

    Michaela N. de Lacaze, being duly sworn, deposes and says:

1.    I am over the age of 18 years, and I am not a party to this action.

2.    I hereby certify that on the 20th day of July 2007, I caused to be served a copy of the foregoing Notice of Motion, Declaration of Debra A. Karlstein with exhibit, and supporting Memorandum of Law upon the following via Federal Express, next business day delivery:

    Jared B. Stamell, Esq.
    David Bowles, Esq.
    Stamell & Schrager, LLP
    One Liberty Plaza, 35th floor
    New York, NY 10006
    *Attorneys for Plaintiff*

                                                                  _____
                                                                  Michaela N. de Lacaze

Sworn to before me this
20th day of July 2007.

_____
NOTARY PUBLIC
DEBRA A. KARLSTEIN
Notary Public State of New York
Qualified in New York
No. 31-5007617
Commission Expires Mar. 20, 2011