Jared B. Stamell (JS 5225)
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 566-4047
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXPORTACIONES DEL FUTURO S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br><br><br> ICONIX BRAND GROUP INC. and IP HOLDINGS, LLC, <br><br> Defendants. | Docket No. 07 Civ. 4145 <br><br><br> **AFFIRMATION OF JARED B. STAMELL IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** |

  Jared B. Stamell, an attorney admitted to practice law in New York, hereby affirms:

  1. I represent Plaintiff in the above-captioned matter. I make this affirmation in support of Plaintiff's opposition to Defendants' Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief may be granted.

  2. Exhibit 1 is a July 24, 2007 letter from me to Defendant's counsel.

3. Exhibit 2 is a September 5, 2007 e-mail from Defendants' counsel in response to my letter.

Dated: New York, New York
September 6, 2007

          ___/s/ Jared B. Stamell_____
            Jared B. Stamell

2