# EXHIBIT 1

# STAMELL & SCHAGER, LLP
### ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:

stamell@ssnyc.com

WRITER'S DIRECT DIAL:

(212) 566-4051

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

July 24, 2007

<u>Via E-Mail and First-Class Mail</u>

Debra A. Karlstein, Esq.
Spears & Imes LLP
51 Madison Ave., 25th Floor
New York, NY 10010

Re:   *Exportaciones del Futuro S.A. de C.V. v. Iconix Brand Group, Inc., et al.*
       Motion to Dismiss

Dear Ms. Karlstein:

In Defendants' motion to dismiss, defendants assert that "it is undisputed that defendants did not" sign the agreement between plaintiff and defendants. *See* July 20, 2007 Memorandum of Law at 2. This assertion is in dispute – after all, defendants' press release announced that they had entered into the agreement. However, plaintiffs are willing to consider whether the fact should be disputed. To that end, we ask that you allow us to inspect the documents that defendants have bearing on this question, including the writings that authorized the press release, and copies of the agreement that plaintiff signed. We would then be in a better position to determine whether this issue is properly in dispute.

Very truly yours,

Jared B. Stamell

/pr