# EXHIBIT 2

```
-------- Original Message --------
Subject:    Exportaciones v. Iconix
Date: Wed, 5 Sep 2007 12:53:21 -0400
From: Debra Karlstein <DKarlstein@spearsimes.com>
To:   Jared Stamell <stamell@ssnyc.com>
```

Jared --

I write in response to your July 24, 2007 letter.

Defendants object to the form and substance of your document request. Without waiving any such objections, I note that the sentence from the memorandum of law that you quote states, in its entirety:

"Although plaintiff signed and delivered the agreement, *it is undisputed that defendants did not*.  Complaint at ¶¶ 18-24."  (emphasis in original).

Defendants have no documents bearing on the issue of whether they delivered a signed agreement to plaintiffs.  Moreover, you cannot, consistent with your Rule 11 obligations, dispute the fact that defendants never returned a signed agreement because this never occurred.



Debra A. Karlstein


Spears & Imes LLP
51 Madison Avenue
New York, NY 10010

Direct Dial:  212 213-1715
Facsimile:   212 213-0849

dkarlstein@spearsimes.com <mailto:dkarlstein@spearsimes.com>

*****************************************************************************

The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you have received this communication in error, please immediately notify us by telephone at 212-213-6996 or by e-mail at pjean-simon@spearsimes.com.

The information contained in this electronic mail message is privileged and
confidential and is or may be protected by the attorney-client privilege, the
work product doctrine, joint defense privileges, trade secret protections, and/or
other applicable protections from disclosure.
The sender of this electronic mail message intends to preserve the
confidentiality of the enclosed information and does not waive any applicable
privilege or protection from disclosure. Thank you.