UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V., :
:
                      Plaintiff,      :      Docket No. 07 Civ 4145
      - against -                  :
:      **AFFIDAVIT OF SERVICE**
ICONIX BRAND GROUP INC. and     :
IP HOLDINGS, LLC,                 :
:
                      Defendants.  :
------------------------------------------------------------x

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK    )

      Jenny Mejil, being duly sworn, deposes and says:

1.      I am over the age of 18 years, and I am not a party to this action.

2.      I hereby certify that on the 17th day of September 2007, I caused to be served a copy of the foregoing Reply Memorandum of Law upon the following via e-mail/pdf:

      Jared B. Stamell, Esq (stamell@ssnyc.com)
      David Bowles, Esq. (david@dkbowleslaw.com)

      *Attorneys for Plaintiff*

                                              _/s/ Jenny Mejil_
                                                  Jenny Mejil

Sworn to before me this
17th day of September 2007

_/s/ Debra A. Karlstein_
NOTARY PUBLIC
DEBRA A. KARLSTEIN
Notary Public State of New York
Qualified in New York
No. 31-5007617
Commission Expires Mar. 20, 2011