```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
EXPORTACIONES DEL FUTURO S.A. DE C.V.,

                  Plaintiff,

      -against-

ICONIX BRAND GROUP INC. and IP
HOLDINGS, LLC,

                  Defendants.
-------------------------------------------------------X

07 CIVIL 4145 (LBS)

**JUDGMENT**

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Leonard B. Sand, United States District Judge, and the Court, on October 10, 2007, having rendered its Memorandum and Order dismissing all claims against defendant Iconix Brand Group Inc. and IP Holdings LLC, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 10, 2007, all claims against defendant Iconix Brand Group Inc. and IP Holdings LLC are dismissed.

**Dated:** New York, New York
         October 11, 2007

                                      **J. MICHAEL McMAHON**
                                         Clerk of Court

                BY: _____
                                         **Deputy Clerk**

                                      **THIS DOCUMENT WAS ENTERED**
                                      **ON THE DOCKET ON** _____