Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix
Brand Group, Inc. and IP Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EXPORTACIONES DEL FUTURE S.A. DE C.V., :

                Plaintiff,

     - against -

ICONIX BRAND GROUP INC. and
IP HOLDINGS, LLC,

               Defendants.
-----------------------------------------------------------x

**STIPULATION**

Docket No. 07 CIV 4145

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that:

1. The return date of defendants' pending motion to strike and/or dismiss plaintiff's amended complaint is adjourned until January 17, 2008 at 2:15 PM.

2. Plaintiff's opposition papers, if any, will be served so as to be received by counsel no later than January 7, 2008.

3. Defendants' reply papers, if any, will be served so as to be received by counsel no later than January 16, 2008.

December 5, 2007

SPEARS & IMES LLP

_____
By:   Debra A. Karlstein
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849

*Attorneys for Defendants Iconix
Brand Group, Inc. and IP Holdings LLC*

December ___, 2007

STAMELL & SCHRAGER, LLP

_____
By:   Jared B. Stamell
      David Bowles
One Liberty Plaza, 35th floor
New York, New York 10006
Tel: (212) 566-4047

*Attorneys for Plaintiff Exportaciones Del
Future S.A. DE C.V.*

**SO ORDERED.**

December /0, 2007

_____
Honorable Leonard B. Sand
United States District Judge

2