SAND/J

Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EXPORTACIONES DEL FUTURE S.A. DE C.V.,　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　　　:　　**STIPULATION**
　　　　　- against -　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　Docket No. 07 CIV 4145 (LBS)
ICONIX BRAND GROUP INC. and　　　　　　　　:
IP HOLDINGS, LLC,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　　　:
-----------------------------------------------------------x

　　　　IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that:

　　　　1.　　The return date of defendants' pending motion to strike and/or dismiss plaintiff's amended complaint is adjourned until January 31, 2008 at 2:15 PM.

　　　　2.　　Plaintiff's opposition papers, if any, will be served so as to be received by counsel no later than January 14, 2008.

　　　　3.　　Defendants' reply papers, if any, will be served so as to be received by counsel no later than January 25, 2008.

January 4, 2008

SPEARS & IMES LLP

_____
By:   Debra A. Karlstein
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849

*Attorneys for Defendants Iconix
Brand Group, Inc. and IP Holdings LLC*

January 4, 2008

STAMELL & SCHRAGER, LLP

_____
By:   Jared B. Stamell
      David Bowles
One Liberty Plaza, 35th floor
New York, New York 10006
Tel: (212) 566-4047

*Attorneys for Plaintiff Exportaciones Del
Future S.A. DE C.V.*

**SO ORDERED.**

January ___, 2008

_____
Honorable Leonard B. Sand
United States District Judge

2