Jared B. Stamell (JS 5225)
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 566-4047
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXPORTACIONES DEL FUTURO S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> ICONIX BRAND GROUP INC. and IP HOLDINGS, LLC, <br><br> Defendants. | Docket No. 07 Civ. 4145 <br><br> **AFFIRMATION IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE OR DISMISS COMPLAINT** |

Jared B. Stamell, an attorney admitted to practice law in New York, hereby affirms:

1. I represent Plaintiff in the above-captioned matter. I make this affirmation in support of Plaintiff's opposition to Defendants' motion to dismiss, dated December 3, 2007.

2. Exhibit 1 is the original complaint in this matter, dated May 24, 2007.

3. Exhibit 2 is the Order of the Court dated October 10, 2007, dismissing the original complaint.

4. Exhibit 3 is my letter to the Court dated October 25, 2007, requesting guidance on the dismissal of the second and third claims, and requesting leave to amend the complaint.

5. Exhibit 4 is the Order of the Court dated November 6, 2007, providing guidance to Plaintiffs, and granting leave to amend the complaint.

6. Exhibit 5 is the Amended Complaint, dated November 19, 2007.

7.      Exhibit 6 is the License Agreement between IP Holdings, LLC and Plaintiff.

Dated: New York, New York
       January 14, 2008

                              ___/s/ Jared B. Stamell_____
                                  Jared B. Stamell