Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

*Endorsement*

*Alux briefing
and oral argument
the motion is denied
So ordered*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V., :
:
                                    Plaintiff,    :
        - against -                               :
                                                  :
ICONIX BRAND GROUP INC. and                       :
IP HOLDINGS, LLC,                                 :
                                                  :
                                    Defendants.   :
-------------------------------------------------------------x

Docket No. 07 Civ 4145

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that upon the annexed Declaration of Debra A. Karlstein, Esq.,

with exhibits, dated December 3, 2007, and the accompanying Memorandum of Law dated

December 3, 2007, Defendants ICONIX BRAND GROUP, INC. and IP HOLDINGS LLC

(collectively, "Defendants"), by their undersigned attorneys, will move this Court, before the

Honorable Leonard B. Sand, United States District Judge, at the United States Courthouse,

Courtroom 15-A, 500 Pearl Street, New York, New York 10007, on December 20, 2007 at 2:15

PM, or as soon thereafter as counsel may be heard for an order: (a) dismissing the Second, Third

and Fourth claims for relief in plaintiff's November 19, 2007 Amended Complaint pursuant to

Rule 12(b)(6) for failure to state a claim upon which relief may be granted; (b) striking or

dismissing the Third and Fourth claims for relief pursuant to Rule 12(f) and/or Rule 15(a) for

exceeding the scope of leave to amend previously granted by this Court; and (c) granting such

other and further relief as the Court deems appropriate.

Dated: New York, New York
     December 3, 2007

SPEARS & IMES LLP

By:    Debra A. Karlstein
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

TO:    Jared B. Stamell, Esq.
        David Bowles, Esq.
        Stamell & Schrager, LLP
        One Liberty Plaza, 35th floor
        New York, NY 10006
        *Attorneys for Plaintiff*

2