SAND, J

Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*
*Brand Group, Inc. and IP Holdings LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EXPORTACIONES DEL FUTURE S.A. DE C.V., :
:
                                    Plaintiff,   :     **STIPULATION**
        - against -                              :
                                                 :     Docket No. 07 CIV 4145 (LBS)
ICONIX BRAND GROUP INC. and                      :
IP HOLDINGS, LLC,                                :
                                                 :
                                    Defendants.  :
-----------------------------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the

parties, that defendants' time to answer or otherwise respond to the Amended Complaint is

extended through March 10, 2008.

SPEARS & IMES LLP                               STAMELL & SCHRAGER, LLP

*[signature: Debra Karlstein]*                  *[signature]*
By:    Debra A. Karlstein                       By:    Jared B. Stamell, David K. Bowles
51 Madison Avenue, 25th floor                   One Liberty Plaza, 35th floor
New York, New York 10010                        New York, New York 10006
Tel: (212) 213-1715                             Tel: (212) 566-4047
Fax: (212) 213-0849
*Attorneys for Defendants Iconix*               *Attorneys for Plaintiff*
*Brand Group, Inc. and IP Holdings LLC*

February 25, 2008                               February 25, 2008


*[signature]*
2/26/08