Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix Brand
Group, Inc. and IP Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V., :
:
                Plaintiff, :    Docket No. 07 Civ 4145
    - against - :
:
ICONIX BRAND GROUP INC. and :
IP HOLDINGS, LLC, :
:
               Defendants. :
-------------------------------------------------------------x

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant IP Holdings LLC, by its undersigned attorneys, states that Iconix Brand Group, Inc. is a parent corporation and owns more than 10% of its stock.

Dated: New York, New York
       March 5, 2008

                                           SPEARS & IMES LLP

                                           By:    Debra A. Karlstein
                                           51 Madison Avenue, 25th floor
                                           New York, New York 10010
                                           Tel: (212) 213-1715
                                           Fax: (212) 213-0849

                                           *Attorneys for Defendants Iconix Brand
                                           Group, Inc. and IP Holdings LLC*