Debra A. Karlstein
SPEARS & IMES LLP
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849
*Attorneys for Defendants Iconix Brand*
*Group, Inc. and IP Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EXPORTACIONES DEL FUTURO S.A. DE C.V., :
                                        :
                         Plaintiff,     :       Docket No. 07 Civ 4145
         - against -                    :
                                        :
ICONIX BRAND GROUP INC. and             :
IP HOLDINGS, LLC,                       :
                                        :
                         Defendants.    :
-----------------------------------------------------------------x

### STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Iconix Brand Group, Inc., by its undersigned attorneys, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       March 5, 2008

                                        SPEARS & IMES LLP

                                        _____
                                        By:  Debra A. Karlstein
                                        51 Madison Avenue, 25th floor
                                        New York, New York 10010
                                        Tel: (212) 213-1715
                                        Fax: (212) 213-0849

                                        *Attorneys for Defendants Iconix Brand*
                                        *Group, Inc. and IP Holdings LLC*