**STAMELL & SCHAGER,** **MEMO ENDORSED**
ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:
stamell@ssnyc.com

WRITER'S DIRECT DIAL:
(212) 566-4051

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061



April 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

**BY FACSIMILE (212-805-6724)**

The Honorable Frank Maas, U.S. Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Exportaciones del Futuro S.A. de C.V. v. Iconix Brand Group, Inc., et al.*,
Index No. 07 CIVIL 4145 (LBS)
**Reply In Support of Request for Amendment of Order and Judgment**

Dear Judge Maas:

We represent plaintiff in the above-captioned matter. We currently have a settlement conference before your Honor on April 17, 2008. Due to certain unavoidable conflicts with plaintiff's counsel's other cases, plaintiff cannot adhere to the current schedule. Plaintiff therefore respectfully requests that the settlement conference be adjourned for approximately thirty days, to be scheduled at the Court's convenience. Defendants do not oppose Plaintiff's request.

We have made a similar request of Judge Sand for the trial schedule.

Thank you for your consideration of our request.

Respectfully,

Jared B. Stamell

cc: Debra Karlstein, Esq. (via e-mail)

*The conference is adjourned to 5/28/08 at 2 pm. If this date and time is inconvenient, counsel should place a conference call to my Chambers to reschedule.*

*Maas, USMJ, 4/14/08*