[RECEIVED APR 1 5 2008 LEONARD B. SAND]

**STAMELL & SCHAGER, LLP**
ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

stamell@ssnyc.com
WRITER'S DIRECT DIAL:
(212) 566-4051

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-15-08]

MEMO ENDORSED

April 10, 2008

Via First-Class Mail

The Honorable Leonard B. Sand, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Exportaciones del Futuro S.A. de C.V. v. Iconix Brand Group, Inc., et al.*,
       **Index No. 07 CIVIL 4145 (LBS)**

       **Request for Adjournment**

Dear Judge Sand:

We represent plaintiff. We are writing to request an adjournment of approximately thirty days on the current scheduled dates in the above-captioned matter. The new proposed dates are:

| | |
|---|---|
| All discovery complete: | June 18, 2008 |
| Pretrial order due: | June 30, 2008 |

The parties will amend their discovery dates accordingly.

Plaintiff is making this request due to conflicts in plaintiff's counsel's other cases, which will make it extremely difficult to meet the currently scheduled dates. Defendants do not oppose Plaintiff's request.

Thank you for your consideration of our request.

Respectfully,

Jared B. Stamell

cc:   Debra Karlstein, Esq. (via e-mail)

**MEMO ENDORSED**

[Handwritten: Granted / L. Sand USDJ / 4/15/08]