**STAMELL & SCHAGER, LLP**
ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

WRITER'S E-MAIL:
stamell@ssnyc.com
WRITER'S DIRECT DIAL:
(212) 566-4047

June 13, 2008

**MEMO ENDORSED**

By First Class Mail

Honorable Leonard B. Sand
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

Re:  *Exportaciones del Futuro S.A. de C.V. v. Iconix Brand Group Inc. and IP Holdings*, LLC, 07 Civ. 4145 (LBS)
Request for Adjournment to New Stipulated Schedule

Dear Judge Sand:

We represent plaintiff. With the agreement of defendants, we write to ask the Court to extend dates in the pre-trial schedule as follows:

1) Complete all fact discovery:        July 21, 2008
2) Complete all expert discovery:    August 22, 2008
3) Deadline for dispositive motions: September 19, 2008
4) File joint pretrial order:               October 3, 2008
5) Pretrial conference:                    October ~~10~~ 17, 2008 at 9:30 AM  /s/

As the Court ordered, the parties recently met with Judge Maas about settlement. Although the case did not settle, progress was made and settlement discussions are continuing.

Respectfully,

Jared B. Stamell

/pr
cc:  Debra Karlstein, Esq. (via e-mail)

Extensions granted as noted.
/s/ Sand
6/17/08



RECEIVED
JUN 16 2008
MEMO ENDORSED