**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010



Debra A. Karlstein
tel: 212-213-1715
dkarlstein@spearsimes.com

**MEMO ENDORSED**

September 12, 2008

**BY FAX (212) 805 7919 AND FEDERAL EXPRESS**

Honorable Leonard B. Sand, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Exportaciones v. Iconix*, No. 07 Civ 4145 (LBS)

Dear Judge Sand:

    We represent defendants Iconix Brand Group, Inc. and IP Holdings LLC in connection with the above-referenced action and write to request a brief extension of the current schedule, under which expert discovery was to be completed by August 22, 2008, dispositive motions are due September 19, 2008, and the PreTrial Order is due October 3, 2008. Plaintiff's counsel consents and joins in the request for an adjournment.

    The parties jointly request a brief extension of time because we have engaged in preliminary settlement discussions and are in the process of planning a meeting between our clients that could lead to a resolution. Plaintiff must travel internationally in order to attend.

    Defendants also request an adjournment for a second reason: we are still awaiting the production of documents requested from plaintiff some time ago. If the matter is not settled, we intend to make a summary judgment motion that we anticipate will resolve the matter, and request that our time to make dispositive motions be extended until after document discovery is complete.

    For these reasons, we respectfully request that the Court adjourn the dates previously set as follows:



*Honorable Leonard B. Sand, U.S.D.J.*
*September 12, 2008*
*Page 2*

All Document Discovery Complete: September 26, 2008

Expert Discovery (if any) Complete: October 10, 2008

Dispositive Motions Due: October 24, 2008

Pretrial Order Due: November 7, 2008

Pretrial Conference: November 12, 2008 at 10 AM

Respectfully,

Debra A. Karlstein

cc:   David Bowles, Esq. (by e-mail/pdf)

*En dssement*

Revised schedule adopted.

So ordered

LBSand
USDJ
9/15/08

**MEMO ENDORSED**